UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG,<br><br>Petitioner,<br><br>v.<br><br>JEFF SESSIONS,<br><br>Respondent. | Case No. 18-cv-03500-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 8 |

Petitioner Timothy Doyle Young has not complied with the Court's order to (i) file a complete application to proceed *in forma pauperis* (IFP) or pay the $5.00 filing fee, and (ii) file a petition on this Court's form. The IFP application lacks a properly completed Certificate of Funds (the one filed lacks all the important information) and a prison trust account statement showing transactions for the last six months. Accordingly, this suit is DISMISSED without prejudice for failing to respond to the Court's order, and for failing to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Young may move to reopen this habeas action. Any such motion must contain a complete IFP application (or full payment for the $5.00 filing fee) and a petition on this Court's form.

Before he files such a motion, Young should be aware of the following. He is a federal prisoner who was convicted in an Oregon district court and is housed in Colorado. Though he calls his suit a habeas petition (perhaps he does so because he asks for release

from custody), it is more likely a challenge to the conditions of his confinement.

<u>Whatever the nature of his suit, it does not belong here.</u>[1] If Young challenges the legal basis of his conviction, he must file such a challenge in Oregon's federal district court, the district of conviction, or in Colorado's, the district of confinement. If his suit is a challenge to the conditions of his confinement, he must file such an action in the Colorado courts, not here. The Northern District of California does not have jurisdiction over Colorado prisons.

Young's motion to proceed IFP is DENIED as insufficient. (Dkt. No. 8.)

The Clerk shall terminate Dkt. No. 8, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 24, 2018



_____
WILLIAM H. ORRICK
United States District Judge

---

[1] In his 250-page petition, Young mentions some suits he has filed in the Northern District. The last was closed in 2013. The appropriate way to challenge such suits is by appealing them to the federal appellate court, not by filing a habeas petition.