# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> JEFF SESSIONS, et al., <br><br> Defendant. | Case No. 5:18-cv-05234 NC <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge William H. Orrick to determine whether it is related to 18-cv-03500 WHO, Timothy Young v. Jeff Sessions.

IT IS SO ORDERED.

Date: August 29, 2018

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 18-cv-05234 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES